IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

AMANDA SALES                                                                                              PLAINTIFF

V.                                              NO. 2:14-CV-2179

ABF FREIGHT SYSTEMS, INC.                                                                      DEFENDANT

### JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Amanda Sales, and Defendant, ABF Freight System, Inc., by and through their undersigned attorneys and for their Joint Motion to Dismiss with Prejudice, state:

1. The parties respectfully request that this Court dismiss Plaintiff's complaint with Prejudice as to all claims.

WHEREFORE, Plaintiff and Defendant jointly request that the Court enter an order dismissing Plaintiff's claims with prejudice.

Respectfully submitted,

/s/ Steve Rauls
Steve Rauls
SANFORD LAW FIRM, PLLC
650 S. Shackleford, Suite 411
Little Rock, Arkansas 72703
**ATTORNEY FOR PLAINTIFF**

And

/s/ Joseph A. Ramsey
Joseph A. Ramsey
CROSS, GUNTER, WITHERSPOON &
 GALCHUS, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
**ATTORNEYS FOR DEFENDANT**